AO 451 (Rev. 12/12) Clerk's Certification of a Judgment to be Registered in Another District

# UNITED STATES DISTRICT COURT
for the
Northern District of Illinois

| | |
|---|---|
| Ying Yao, et al | ) |
| *Plaintiff* | ) |
| v. | ) Civil Action No. 1:18-cv-07865 |
| Carillon Tower/Chicago LP et al | ) |
| *Defendant* | ) |

FILED IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ AUG 12 2022 ★
LONG ISLAND OFFICE

MISC. 22 2488

## CLERK'S CERTIFICATION OF A JUDGMENT TO BE REGISTERED IN ANOTHER DISTRICT

I certify that the attached judgment is a copy of a judgment entered by this court on *(date)* 06/06/2022.

I also certify that, as appears from this court's records, no motion listed in Fed. R. App. P. 4(a)(4)(A) is pending before this court, the time for appeal has expired, and no appeal has been filed or, if one was filed, it is no longer pending.

Date: 08/08/2022

CLERK OF COURT

_____
Signature of Clerk or Deputy Clerk

Case: 1:18-cv-07865 Document #: 426 Filed: 06/06/22 Page 1 of 1 PageID #:4544

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ AUG 12 2022 ★

LONG ISLAND OFFICE

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| Lina Dou, on behalf of herself and all others similarly situated,<br>Plaintiffs,<br><br>v.<br><br>Carillon Tower/Chicago LP;<br>Forefront EB-5 Fund (ICT) LLC;<br>Symmetry Property Development II LLC;<br>and Jeffrey L. Laytin,<br>Defendants. | MISC. 22 2488<br><br>No.: 1: 18-cv-07865<br><br>Presiding Judge<br>Hon. Charles Kocoras<br><br>Magistrate Young Kim |

**ORDER**

This matter coming to be heard on Plaintiff's Motion to Enforce Damages Due under the Settlement Agreement (Dkt 421), the Court having been advised in the premises and having heard oral argument, hereby finds and orders as follows:

1. Defendants have breached the Settlement Agreement approved by this Court at Dkt 304 and set forth at Dkt 301-2 by failing to fund the settlement of the class action prior to the expiration of the grace and cure period;
2. Damages for breach of the Settlement Agreement are $1,650,000, calculated as $1,500,000 under paragraph 3 ("Liquidated Damages"), and $150,000 under paragraph 16 ("Additional Attorney's Fees");
3. An executable judgment in the amount of $1,650,000 is entered against the Defendants; and
4. Defendants are granted leave to file a motion for reconsideration only with respect to the portion of damages due under Paragraph 16 ($150,000) but not with respect to Paragraph 3 ($1,500,000) as they have conceded liability on this amount only as liquidated damages under the Settlement Agreement and the Personal Guarantees executed by Messrs. Jeffrey Laytin and Jason Ding.

Entered : June 6, 2022

*Charles P. Kocoras*
Hon. Judge Charles P. Kocoras

A TRUE COPY-ATTEST
THOMAS G. BRUTON, CLERK
By: [signature]
DEPUTY CLERK
U.S. DISTRICT COURT, NORTHERN
DISTRICT OF ILLINOIS
DATE: 8/8/22

# United States District Court
## Northern District of Illinois
### Eastern Division

FILED
US DISTRICT OFFICE
[illegible stamp]

I, Thomas G. Bruton, Clerk of the United States District Court for the Northern District of Illinois, do hereby attest and certify that the annexed documents(s) is (are) a full, true, and correct copy of the original(s) on file in my office and in my legal custody.

MISC 22 2488

IN TESTIMONY WHEREOF:

I have hereunto subscribed my name and affixed the seal of the foresaid court at Chicago, Illinois, on 8/12/2022

THOMAS G. BRUTON, CLERK

By: _____
Deputy Clerk

Rev. 08/22/2016